RECEIVED

MAR 2 8 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ABDUL MUMUNI OSMAN,<br>Petitioner | CIVIL ACTION NO. 1:17-CV-1472-P |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| JEFFERSON SESSIONS,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is hereby **DISMISSED** without prejudice for lack of jurisdiction.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 28 day of MARCH, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE